**Leonard BIERI, III, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 04–2720.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 14, 2005.

Decided Feb. 18, 2005.

Leonard Bieri, III, Springfield, MO, pro se.

Cynthia Jean Hyde, U.S. Attorney's Office, Springfield, MO, for Defendant–Appellee.

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Leonard Bieri appeals the district court's[1] denial of Bieri's motion to reconsider the dismissal of his quiet-title action. The district court dismissed Bieri's complaint because Bieri's property rights in the subject property were extinguished by a final order of forfeiture which Bieri had previously challenged. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying reconsideration because this matter is foreclosed by the doctrine of res judicata. *See Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs. of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir.1998) (standard of review); *Klipsch, Inc. v. WWR Tech., Inc.*, 127 F.3d 729, 733 (8th Cir.1997) (res judicata precludes relitigation of claim on grounds that were raised or might have been raised in prior action).

Accordingly, we affirm.

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.